EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California Bar No. 110984
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-mail:    Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 17-112 |
|---|---|
| Plaintiff, | **VERIFIED COMPLAINT FOR FORFEITURE** |
| v. | 18 U.S.C. § 981(a)(1)(A) & (C) |
| REAL PROPERTY LOCATED IN BREA, CALIFORNIA, | [F.B.I.] |
| Defendant. | |

    The United States of America brings this claim against the Defendant, Real Property Located in Brea, California, and alleges as follows:

### JURISDICTION AND VENUE

    1.  This is a civil forfeiture action brought pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

    2.  This court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

4. The plaintiff in this action is the United States of America (the "government").

5. The defendant is real property located in Brea, California (the "defendant property"), with the following legal description:

> Parcel No. 1: Lot 35 of Tract No. 17381, as shown on the Subdivision Map filed on April 12, 2011, in Book 905, at Pages 1 to 7, inclusive, of Miscellaneous Maps, in the Office of the Orange County Recorder.
>
> Parcel No. 2: Nonexclusive easements for access, drainage, encroachment, maintenance, repair, reconstruction and other purposes, all as described and reserved in the Master Declaration and the Notice and as may be shown on the Map. Lot Number: 35; District: 07; Tract: 8824; City: Brea.

Assessor's Parcel Number: 306-101-36

6. Title to the defendant property is held in the name of Henry Mauriss ("H. Mauriss") and Julie Mauriss ("J. Mauriss"). A deed to trust to secure indebtedness in the amount of $1,215,283.20 was recorded on December 30, 2011 in favor of Wells Fargo Bank ("Wells Fargo"). The government does not seek by this action to forfeit the interests of Wells Fargo in the defendant property.

7. The interests of H. Mauriss and J. Mauriss may be adversely affected by these proceedings.

## FACTS SUPPORTING FORFEITURE

8. In 2016 the FBI began investigating allegations that H. Mauriss operated a scheme for the purpose of faudulently obtaining funds from investors. The investigators learned that H. Mauriss used

interstate wire facilities to make representations (via telephone calls and e-mails) to the investors in order to obtain the funds. The representations that H. Mauriss made to the investors included the following:

- H. Mauriss operated a profitable business that installed internet kiosks in locations such as airports.
- H. Mauriss would use the invested funds to purchase additional kiosks and related equipment.

Based on these representations, H. Mauriss obtained over $10 million in investor funds from at least six individual investors.

9. H. Mauriss concealed material facts from the investors, including the following:

- The business had been losing millions of dollars each year.
- H. Mauriss used the invested funds for personal expenses such as car payments, credit card payments, cable TV payments, and purchases of clothing, food, and gasoline; and
- H. Mauriss used funds obtained from more recent investors to make interest payments to earlier investors so that the earlier investors would not withdraw their investments.

Had the investors known that H. Mauriss had concealed the facts set forth above, they would not have invested in the business, or would have withdrawn any funds that they had invested.

10. H. Mauriss controlled a Wells Fargo account (the "Wells Fargo Account") that received over $5.1 million in proceeds from the fraud scheme described above (the "scheme proceeds") between July 20, 2011 and August 28, 2012. Between September 29, 2011, and July 20, 2012, H. Mauriss transferred a total of $570,000 from the Wells Fargo Account to a Chase Bank Account in the name of J. Mauriss and H.

3

Mauriss (the "Chase Account"). Between June 25, 2011 and October 5, 2011, H. Mauriss and J. Mauriss transferred a total of $305,145.80 from the Chase Account to an escrow account established in connection with the purchase of the defendant property. H. Mauriss and J. Mauriss acquired the defendant property on December 30, 2011 at a total cost of $1,520,729 (consisting of the $305,145.80 transferred to the escrow account from the Chase Account and $1,215,583.20 borrowed from Wells Fargo).

    11. Based on the above, the government alleges that H. Mauriss and J. Mauriss acquired the defendant property in part with scheme proceeds that were in turn acquired in violation of 18 U.S.C. § 1343 (Wire Fraud). The defendant property is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). The government further alleges that the defendant property was involved in the concealment of a portion of the scheme proceeds in violation of 18 U.S.C. §§ 1956(a)(1) and 1957(a) (Money Laundering). The defendant property is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

    WHEREFORE, plaintiff United States of America prays:

    a.   that due process issue to enforce the forfeiture of the defendant property;

    b.   that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

//
//
//
//
//

    c.    that this Court decree forfeiture of the defendant property to the United States of America for disposition according to law; and

    d.    for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: January 23, 2017

EILEEN M. DECKER  
United States Attorney  
LAWRENCE S. MIDDLETON  
Assistant United States Attorney  
Chief, Criminal Division  
STEVEN R. WELK  
Assistant United States Attorney  
Chief, Asset Forfeiture Section

    /s/ *Frank Kortum*  
FRANK D. KORTUM  
Assistant United States Attorney

Attorneys for Plaintiff  
UNITED STATES OF AMERICA

**VERIFICATION**

I, Jessie Murray, hereby declare that:

1. I am a Special Agent with the Federal Bureau of Investigation. I am a case officer for the forfeiture matter entitled <u>United States v. Real Property Located in Brea, California</u>.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 23, 2017 in Los Angeles, California.

*/s/ Jessie Murray*
JESSIE MURRAY
Special Agent
Federal Bureau of Investigation