**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED IN BREA, CALIFORNIA,<br><br>Defendant.<br>_____<br><br>HENRY MAURISS AND JULIE MAURISS,<br><br>Claimants. | NO. SACV 17-00112-JVS (DFMx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(2) |

    Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) due to resolution by the parties.

    The government will withdraw the lis pendens filed against the defendant real property within 45 days of the entry of the order dismissing this matter.

    The Court finds that there was reasonable cause for the arrest of the defendant real property and the institution of this action. This order of dismissal shall be

construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. Each of the parties shall bear its own costs and fees associated with this action.

Dated: November 14, 2019

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Prepared by:
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Michael R. Sew Hoy_____
MICHAEL R. SEW HOY
Assistant United States Attorney
Asset Forfeiture Section